No. 12–5284. LARA *v.* YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5286. REYES-BONILLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5287. NICHOLS *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 12–5288. MUTHUKUMAR *v.* DESS ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 12–5289. REESE *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–5292. VALENCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5293. WRIGHT *v.* McDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5294. IZATT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5295. FULLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5296. FINCH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5297. FRANKLIN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–5298. FONTANEZ *v.* HOLT, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5299. FABIAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5300. LaFARGA *v.* MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5301. HUNT *v.* YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5303. FUTCH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.